No parties or attorneys appearing when the case was called for hearing, the judgment of the trial court was affirmed. No opinion.

AFFIRMED.

Decided 8 November, 1898.

## STROWBRIDGE *v.* SPAULDING.

From Multnomah : E. D. SHATTUCK, Judge.

Action on a note, by J. A. Strowbridge against W. W. Spaulding, wherein plaintiff had judgment.

AFFIRMED.

*Messrs. McDougall & Jones* for appellant.

*Messrs. Fenton, Bronaugh & Muir* for respondent.

No transcript having been filed, and it appearing that the appeal had been abandoned, the judgment was affirmed. No opinion.

AFFIRMED.